# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOES 1- 12** | : | **NO. 12-3149** |

## ORDER

**AND NOW**, this 11th day of October, 2012, upon consideration of the Plaintiff's First Motion for Extension of Time within which it has to Serve John Doe Defendant with a Summons and Complaint (Doc. No. 9), it is **ORDERED** that the motion is **DENIED.**[1]

        /s/Timothy J. Savage
        TIMOTHY J. SAVAGE,  J.

---

[1] On June 7, 2012, the plaintiff was granted leave to serve subpoenas upon the defendant-ISPs for the purpose of identifying the defendants. The following day, plaintiff's counsel served subpoenas on the ISPs. Responses to the subpoenas were due on July 25, 2012.
    On October 2, 2012, the last day for serving the defendants within the time limit set forth in Fed. R. Civ. P. 4(m), the plaintiff filed this motion to extend time for service. The plaintiff does not explain why no action was taken from July 25, 2012 to obtain the information necessary to effectuate service. Therefore, because the plaintiff failed to show that it made diligent efforts to locate the defendants within the time required by the rules, we do not find good cause to extend the time for service.